**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00081-CR

**MOLLY ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F16-30318-I**

## ORDER

Before the Court is appellant's June 4, 2018 second motion for extension of time to file

her brief.  We **GRANT** the motion and **ORDER** appellant's brief due on June 18, 2018.


/s/      CRAIG STODDART
JUSTICE